1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE VELEZ LAW FIRM, PC**
Mark Velez (SBN 163484)
3010 Lava Ridge Court, Suite 120
Roseville, California 95661
Telephone:      (916) 774-2720
Facsimile:      (916) 774-2730
Email:          velezlaw@live.com

Attorneys for Plaintiff Dennis Rosseau


**LILLIS PITHA LLP**
Damien P. Lillis (State Bar No. 191258)
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:      (415) 814-0405
Facsimile:      (415) 217-7011
Email:          dlillis@lp-lawyers.com

**LILLIS PITHA LLP**
Martin L. Pitha (State Bar No. 192447)
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone:      (949) 209-9020
Facsimile:      (949) 759-1845
Email:          mpitha@lp-lawyers.com

Attorneys for Defendant
Micron Technology, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS ROSSEAU,

        Plaintiff,

    v.

MICRON TECHNOLOGY INC., an Idaho
corporation, and DOES 1-50, inclusive,

        Defendants.

Case No. 2:20-CV-00437-TLN-DB

**STIPULATION AND ORDER TO AMEND
FIRST AMENDED COMPLAINT TO
DISMISS SIXTH CAUSE OF ACTION**

Plaintiff DENNIS ROSSEAU ("Plaintiff") and Defendant MICRON TECHNOLOGY, INC. ("Defendant") by and through their respective counsel of record, stipulate and agree as follows, and request that the Court enter an order upon this stipulation:

WHEREAS, Plaintiff will no longer pursue any allegation or claim for relief based on any alleged orthopedic disability, including his Sixth Cause of Action for Breach of Cal. Gov't Code §12949(a) et seq.: Failure to Engage in the Interactive Process (Against Defendants Micron), Amended Complaint, ¶¶43-48 (erroneously identified as the second Fifth Cause of Action in his Amended Complaint filed December 30, 2019 in Sacramento County Superior Court).

WHEREAS, the Parties stipulate that good cause exists for Plaintiff to amend the First Amended Complaint to dismiss the Sixth Cause of Action.

WHEREAS, the Parties respectfully request that the Court enter an Order granting Plaintiff, pursuant to Local Rule 220 (FRCP 15), leave to file a Second Amended Complaint that deletes the Sixth Cause of Action (and makes no other changes).

**IT IS SO STIPULATED.**

Dated: April 7, 2021

LILLIS PITHA LLP

By:     /s/ Martin L. Pitha
      Martin L. Pitha
      Attorneys for Defendant
      Micron Technology, Inc.

Dated: April 7, 2021

THE VELEZ LAW FIRM, PC

By:     /s/ Mark Velez
      Mark Velez
      Attorneys for Plaintiff
      (filing with permission)

**PURSUANT TO THE ABOVE STIPULATION,** Plaintiff is granted leave to file a Second Amended Complaint that deletes the Sixth Cause of Action and makes no other changes. The Second Amended Complaint shall be filed no later than 10 days after entry of this Order.

**IT IS SO ORDERED.**

Dated: April 7, 2021

Troy L. Nunley
United States District Judge