1  THE VELEZ LAW FIRM, PC
   Mark Velez (SBN 163484)
2  3010 Lava Ridge Court, Suite 120
   Roseville, California 95661
3  Telephone:    (916) 774-2720
   Facsimile:    (916) 774-2730
4  Email:        velezlaw@live.com

5  Attorneys for Plaintiff Dennis Rosseau

6
   LILLIS PITHA LLP
7  Damien P. Lillis (State Bar No. 191258)
   465 California Street, 5th Floor
8  San Francisco, CA 94104
   Telephone:    (415) 814-0405
9  Facsimile:    (415) 217-7011
   Email:        dlillis@lp-lawyers.com
10
   LILLIS PITHA LLP
11 Martin L. Pitha (State Bar No. 192447)
   4100 Newport Place Drive, Suite 800
12 Newport Beach, California 92660
   Telephone:    (949) 209-9020
13 Facsimile:    (949) 759-1845
   Email:        mpitha@lp-lawyers.com
14
   Attorneys for Defendant
15 Micron Technology, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROSSEAU,<br><br>      Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY INC., an Idaho corporation, and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 2:20-CV-00437-TLN-DB<br><br>**STIPULATION AND ORDER FOR:**<br><br>**(1) INDEPENDENT MENTAL / PSYCHOLOGICAL EXAMINATION OF PLAINTIFF; AND**<br>**(2) INDEPENDENT HEARING EXAMINATION OF PLAINTIFF** |

Plaintiff DENNIS ROSSEAU ("Plaintiff") and Defendant MICRON TECHNOLOGY, INC. ("Defendant") by and through their respective counsel of record, stipulate and agree as follows, and request that the Court enter an Order upon this Stipulation:

WHEREAS, Plaintiff has alleged claims for disability discrimination and retaliation, among other claims, involving an alleged hearing impairment and his suffering of allegedly "severe" emotional distress associated with Defendant's purported conduct.

WHEREAS, the Parties stipulate that good cause exists for Defendant to conduct the following examinations of Plaintiff:

    (1) An independent mental / psychological examination of Plaintiff (the Mental/Psychological Exam); and

    (2) An independent medical examination of Plaintiff regarding his hearing (the Hearing Exam).

WHEREAS, the Parties stipulate that Defendant may conduct the Mental/Psychological Exam and the Hearing Exam in May or June 2021, in that the exams involve the use of expert consultants or experts and do not constitute fact-based discovery, and further stipulate that Plaintiff will make himself available for each examination within two weeks' of his counsel receiving notice of the date, time, and location of such examination. The Parties will meet and confer regarding the scheduling of such examinations to minimize travel and inconvenience, to the extent possible, for all Parties.

WHEREAS, the Parties request that the Court enter an order upon this Stipulation.

**IT IS SO STIPULATED.**

Dated: April 30, 2021                                                   **LILLIS PITHA LLP**

                                                                         By:   /s/ Martin L. Pitha
                                                                                  Martin L. Pitha
                                                                                  Attorneys for Defendant
                                                                                  Micron Technology, Inc.

Dated: April 30, 2021                                                   **THE VELEZ LAW FIRM, PC**

                                                                          By:   /s/ Mark Velez
                                                                                  Mark Velez
                                                                                  Attorneys for Plaintiff
                                                                                  (filing with permission)

**PURSUANT TO THE ABOVE STIPULATION,** Plaintiff shall appear for an Independent Mental/Psychological Exam, and also appear for an Independent Medical Exam for his Hearing, each to occur during the months of May 2021 or June 2021, within two weeks of his counsel receiving notice of the date, time, and location of each examination. The Parties shall meet and confer regarding the scheduling of such examinations to minimize travel and inconvenience, to the extent possible, for all Parties.

**IT IS SO ORDERED.**

Dated: April 30, 2021

Troy L. Nunley
United States District Judge